UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ANTONIO TORRES

    Petitioner,

v.                                                         CASE NO.  8:16-cv-1508-T-24TGW

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

    Petitioner Joshua Michael Wilkes, represented by counsel, filed an Application for Certificate of Appealability. (Doc. 23).  Upon consideration of Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255 as well as Petitioner's underlying criminal case, Petitioner's Application is denied because Petitioner has not made a showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

    Petitioner seeks to extend the holding in Johnson v. United States, 135 S. Ct. 2551 (2015), to 18 U.S.C. § 924(c) on collateral review. Johnson affords Petitioner no collateral relief with regard to his § 924(c) conviction because Johnson did not address the statute under which Petitioner was convicted. The Supreme Court has never held that any part of § 924(c) is unconstitutionally vague. Nor has the Eleventh Circuit Court of Appeals extended Johnson's vagueness determination to § 924(c). However, even if

reasonable jurists could find it debatable under <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000), as to whether <u>Johnson</u> extends to the residual clause under 18 U.S.C. § 924(c), Petitioner's convictions for a Hobbs Act robbery and carjacking qualify as crimes of violence under § 924(c)'s use-of force clause. See <u>In re Fleur</u>, 824 F.3d 1337, 1341 (11th Cir. 2016) (holding Hobbs Act robbery offense met use-of-force clause of statutory definition of crime of violence); <u>In re Smith</u> 829 F.3d 1276 (11th Cir. 2016)(concluding that carjacking in violation of § 2119 satisfies § 924(c)'s force clause).

**ACCORDINGLY**, for the reasons expressed, Petitioner's Application for Certificate of Appealability is denied.

**DONE AND ORDERED** at Tampa, Florida, on February 3, 2017.

*[Signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record